# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150591(61)

INNOVATION VENTURES, L.L.C., d/b/a
LIVING ESSENTIALS,
　　　　　Plaintiff-Appellant,

v

LIQUID MANUFACTURING, L.L.C., K & L
DEVELOPMENT OF MICHIGAN, L.L.C., LXR
BIOTECH L.L.C., ETERNAL ENERGY, L.L.C.,
ANDREW KRAUSE, and PETER PAISLEY,
　　　　　Defendants-Appellees.
_____/

SC: 150591
COA: 315519
Oakland CC: 2012-124554-CZ

On order of the Chief Justice, the motion of the defendants-appellees for a second extension to the time for filing their answer in opposition to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 10, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2015

